IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JAMES RILEY, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 4:15-cv-00688-SWW |
| | * |
| | * |
| MERIDIAN FINANCIAL | * |
| SERVICES, INC., | * |
| | * |
| Defendant. | * |

## ORDER

In accordance with the notice of voluntary dismissal filed by plaintiff James Riley [doc.#3], this action is hereby dismissed without prejudice.

IT IS SO ORDERED this 15th day of March 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE